JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENITA PARSHA, | ) Case No. EDCV 13-1799-OP |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security, and dismissing this action with prejudice.

DATED: June 18, 2014

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge